IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARMANDO FUENTES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 7:17−cv−00339 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

---

**NOTICE OF SETTLEMENT AND JOINT MOTION
TO CONTINUE SCHEDULING CONFERENCE**

---

Plaintiff Armando Fuentes and Defendant United Property & Casualty Insurance Company, (collectively "the Parties") have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement in the next 60 days and will submit a Joint Stipulation of Dismissal with Prejudice by January 8, 2018, or as otherwise directed by the Court.

Due to the settlement of the case, the Parties ask that the action, including the initial pretrial and scheduling conference on November 8, 2017, be abated to ensure adequate time for the parties to sign dismissal documents.

                                                                                           Respectfully submitted,

                                                                                           **GREEN & BARTON**

                                                       By:      */s/    Hunter M. Klein*
                                                                   ROBERT D. GREEN
                                                                   State Bar No. 08368025
                                                                   green@greentriallaw.com
                                                                   HUNTER M. KLEIN
                                                                   State Bar No. 24082117

klein@greentriallaw.com
440 Louisiana St., Suite 1900
Houston, Texas 77002
(713) 654-9222 – Telephone
(713) 654-2155 – Fax


DANIEL P. BARTON
State Bar No. 00789774
dbarton@bartonlawgroup.com
ROY J. ELIZONDO, III
State Bar No. 24036519
relizondo@GBTriallaw.com
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747 – Telephone
(713) 621-5900 – Fax

*Counsel for Plaintiff*

And

**THOMPSON, COE, COUSINS & IRONS, LLP**

/s/ *Drew A. Jones*
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Drew A. Jones
State Bar No. 24083269
Southern District No. 2078317
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: drew.jones@thompsoncoe.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on November 7, 2017, the foregoing pleading was delivered to the following counsel of record for Defendant via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Rhonda J. Thompson
DREW A. JONES
THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl St., 25th Floor
Dallas, Texas 75201
(214) 871-8209 – Fax
rthompson@thompsoncoe.com
drew.jones@thompsoncoe.com
***Counsel for Defendant***

                */s/    Hunter M. Klein*
                Hunter M. Klein